UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NOE ABURTO-REYNA (1),<br>MIGUEL MIRANDA-PIO (2),<br><br>　　　　Defendant. | Case No. 18cr1084 JM<br><br>**ORDER CONTINUING<br>MOTION HEARING** |

　　　　Good cause appearing and previous joint motion having been made (Doc. No. 38), IT IS HEREBY ORDERED that the Motion/Trial Setting Hearing for all defendants currently scheduled for April 6, 2018, be continued to *June 1, 2018 at 11:00 a.m.* The parties agree that time is excluded in accordance with 18 U.S.C. § 3161.

　　　　IT IS SO ORDERED.

DATED: April 4, 2018

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge